704 A.2d 1379

COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Respondent,

v.

Robert N. BANNER, Jr., Petitioner.

Supreme Court of Pennsylvania.

Dec. 22, 1997.

Richard H. Galloway, Greensburg, for petitioner.

## ORDER

PER CURIAM:

AND NOW, this 22nd day of December, 1997, the Petition For Allowance of Appeal is **GRANTED** on the limited issue of whether, under the circumstances of this case, the police officer who arrested Petitioner had reasonable grounds to believe that he was operating or in actual physical control of a motor vehicle while under the influence of alcohol.